UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO.: |
| | : | 1:13CR |
| V. | : | INDICTMENT |
| | : | 18 U.S.C. § 2250(a) |
| WAYNE BRYAN WADE | : | |

FILED JAN 15 2013 JOHN P. HEHMAN, Clerk CINCINNATI, OHIO

BECKWITH

The Grand Jury charges that:

### Count 1

On or about November 21, 2012, in the Southern District of Ohio, the defendant, **WAYNE BRYAN WADE**, an individual required to register under the Sex Offender Registration and Notification Act, traveled in interstate and foreign commerce and did knowingly fail to update a registration as required by the Sex Offender Registration and Notification Act.

**In violation of Title 18, United States Code, Section 2250(a).**

A TRUE BILL

s/
_____
GRAND JURY FOREPERSON

CARTER M. STEWART
UNITED STATES ATTORNEY

_____
ANTHONY SPRINGER
CINCINNATI BRANCH CHIEF