UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO: 1:13-CR-006 |
| | : | |
| | : | SENIOR JUDGE BECKWITH |
| vs. | : | |
| | : | **ELEMENTS OF OFFENSE** |
| | : | |
| WAYNE BRYAN WADE | : | |
| | : | |

The elements of the offense of Failure to Register as a Sex Offender, in violation of 18 U.S.C. § 2250(a), are as follows:

**First:** The defendant is a person required to register under SORNA;

**Second:** The defendant is a sex offender by reason of a conviction under the laws of the State of Kentucky;

**Third:** The defendant traveled in interstate commerce after November 21, 2012; and

**Fourth:** The defendant knowingly failed to register or update a registration.

Respectfully submitted,

CARTER M. STEWART
United States Attorney

s/*Christy L. Muncy*
CHRISTY L. MUNCY (KY 88236)
Assistant United States Attorney
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202
(513) 684-3711; Fax: (513) 684-6385
Christy.Muncy @usdoj.gov