# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT CINCINNATI

**United States of America,**
    **Plaintiff**

**vs.**                       Case No. 1:13-cr-6

**Wayne B. Wade**
    **Defendant**

## CRIMINAL MINUTES - *Sentencing*

(1:32 - 2:02)

U.S. ATTORNEY PRESENT: _Anne Porter for Christy Muncy_

COUNSEL FOR DEFENDANT: _Richard Smith-Monahan_

~~PROBATION~~
INTERPRETER: _Laura Shannon_

Waiver of Indictment filed _____   INFORMATION filed _____

Defendant waives reading of:   Indictment _____   Information _____

Statement of Agent _____

Defendant pleads: GUILTY _Count I_____

       NOT GUILTY_____

       NOLO CONTENDERE_____

Plea *preliminarily/(formally)* accepted by the court __✓____

Case referred to Probation Department for Presentence Report _____

Bond of _____ Continued _____ Set _____

Defendant in custody pursuant to ~~pretrial detention order~~ *Writ from Ky* ✓

An appeal of sentence to be filed by Clerk of Court _____

Defendant does not desire an appeal to be filed by the Clerk at this time ✓

Defendant moves to withdraw original plea of Not Guilty and enter a plea of Guilty - Motion is Granted _____

Defense attorney's request for permission to withdraw as counsel is _____

U.S. Court of Appeals to appoint counsel for appeal purposes (only if defendant currently has *in forma pauperis* status) _____

PROCEEDINGS: *No objections to PSR*

*Sentence: 15 months imprisonment to be served concurrently with ∆'s Ky. case followed by 15 years supervised release*

*$100 Assessment*

**Court Personnel**

Honorable: Sandra S. Beckwith, Senior Judge
Deputy Clerk: Mary Brown
Court Reporter: *Mary Ann Maffia (Official)*
Date: *Tuesday, November 19, 2013*

2